IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| LeRoy D. Carlson, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case 4:12-cv-18 |
| Vs. | ) |
| | ) |
| Neiman, Stone & McCormick, P.C., | ) |
| Cherie L. Johnson, Curtis G. McCormick, | ) |
| Harrison Dietz-Kilen, P.L.C., Harvey L. | ) |
| Harrison, Catherine C. Dietz-Kilen, | ) |
| Claire Cumbie-Drake, and | ) |
| Lora McCollom, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO STRIKE
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND TO EXTEND DEADLINE FOR RESPONSES
PENDING RULING ON SAME**

Come Now Defendants, Neiman, Stone & McCormick, P.C., Curtis G. McCormick, Cherie L. Johnson, Harrison Dietz-Kilen, P.L.C., Harvey L. Harrison, Catherine C. Dietz-Kilen, Claire Cumbie Drake, and Lora McCollom and hereby move to strike Plaintiff's *Motion for Summary Judgment* and as cause therefore, states:

1. On or about 12 September 2012 the Court entered its *Order* regarding scheduling issues (Docket 29) which set a deadline for dispositive motions to be filed by March 1, 2013.   See Exhibit A.

2. Plaintiff's *Motion for Summary Judgment* was filed on 13 May 2013 (Docket 44) and is therefore untimely under the Court's Order and, by extension, F.R.C.P. 56(b) which provides:

> *Summary Judgment*
> *(b) Time to File a Motion. Unless a different time is set by local rule or the court orders otherwise, a party may file a motion for summary judgment at any time until 30 days after the close of all discovery.*

3. Plaintiff's *Motion for Summary Judgment* is therefore filed outside the deadline and untimely and should therefore be stricken.

WHEREFORE, Defendants pray the Court strike Plaintiff's Motion for Summary Judgment.

FURTHER, Defendants pray that pending ruling on this motion, Defendant's pray the Court enter an order extending the current June 6, 2013 deadline for responses pending ruling on this motion.

                              **ROSENBERG & MORSE**
                              1010 Insurance Exchange Building
                              505 Fifth Avenue
                              Des Moines, Iowa  50309
                              Telephone: (515) 243-7600
                              Fax: (515) 243-0583
                              morse@rosenbergmorse.com

By: _____

                              **David A. Morse**

**Certificate of Service**

  The undersigned certifies that the above and foregoing instrument/document was served upon all parties to the above cause as follows:

  a. Notice of the filing of this instrument was sent electronically by the undersigned to the court's CM/ECF system which provides service on all parties on the court's service list who have registered to receive service by e-mail over the court's CM/ECF filing system; or

  b. Notice of the filing of this instrument was served to the following parties by depositing the same in the United States Mail, postage pre-paid, to their respective mailing address(es) as disclosed in the pleadings or, in the event the party is represented by counsel, to their counsel via US Mail, postage pre-paid.

Those served via CM/ECF:

Those served via US Mail:

  LeRoy D. Carlson, 4825 Hillcrest Drive, Pleasant Hill, Iowa 50327

Courtesy copy via lcarlson04@hotmail.com

Dated: June 4, 2013

_David A. Morse_ (signature)

David A. Morse

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LeROY D. CARLSON,<br><br>Plaintiff,<br><br>vs.<br><br>NEIMAN, STONE & McCORMICK, P.C., CHERIE L. JOHNSON, CURTIS G. McCORMICK, HARRISON DIETZ-KILEN, P.L.C., HARVEY L. HARRISON, CATHERINE C. DIETZ-KILEN, CLAIRE CUMBIE-DRAKE, and LORA McCOLLOM,<br><br>Defendants. | No.   4:12-CV-00018-RP-CFB<br><br>**ORDER** |

The Court has reviewed the pleadings in this matter, including Plaintiff's Proposed Scheduling Order (Clerk's No. 28), and Defendants' Request for a Hearing (Clerk's No. 27), and sets the following deadlines, pursuant to Fed. R. Civ. P. 16(b).  No hearing is required.

1. Initial disclosures made by: September 17, 2012.

2. Deadline for Motions to Amend Pleadings: November 1, 2012.

3. Deadline for Motions to Add Parties: November 1, 2013.

4. Discovery shall close January 31, 2013.

5. Plaintiff's expert witness disclosures by November 1, 2012.

6. Defendants' expert witness disclosures by December 1, 2012.

7. Plaintiff's rebuttal witness disclosures by December 14, 2012.

8. Dispositive motions deadline: March 1, 2013.

This is a three-day jury trial.  Trial is set for September 9, 2013, before Senior Judge Robert W. Pratt.  This is the second case in this trial setting.  Final Pretrial Conference will be

Exhibit A

held at 10:00 a.m. on August 27, 2013, before the undersigned at the U.S. Courthouse in Des Moines, Iowa.  Counsel shall comply with the requirements for Final Pretrial Conferences set forth in the attached Proposed Order.

**IT IS SO ORDERED**.

Dated this 12th day of September, 2012.

_____
CELESTE F. BREMER
UNITED STATES MAGISTRATE JUDGE

Exhibit A